UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:                                                    *

SARAH HOHENBERG,                                          *          CASE NO. 18-26429-JDL
                                                                    Chapter 7

Debtor.                                                   *

NOTICE OF REJECTION OF APPOINTMENT BY TRUSTEE

COMES NOW, Bettye S. Bedwell, Chapter 7 Trustee ("Trustee") and rejects her appointment in

the instant case based upon the following, and asks that she be discharged of her duties as the case

Trustee herein, to-wit:

1.  The instant case was commenced by the voluntary filing of a Chapter 7 Bankruptcy petition

    by the Sarah Hohenberg (the "Debtor"), on August 2, 2018 at which time Bettye S. Bedwell

    was appointed to serve as the interim Chapter 7 Trustee [ECF No. 4] and is the current duly

    appointed and serving case Trustee.

2.  At the filing of the instant petition, the Debtor owned real property located at 1905 Overton

    Park Dr., Memphis, Shelby County, Tennessee (the "Property") which was sold on April 25,

    2019 by public auction [ECF No. 108]. All funds resulting from the liquidation of the

    Property were disbursed through an interim distribution to allowed claims as authorized by

    the Court [ECF No. 163]. The Trustee is holding no funds in the bankruptcy estate.

3.  There are further administrative duties required in order to fully administer all assets in the

    instant case, namely, the bankruptcy estate has one remaining asset which is a Note and

    security interest in the Debtor's pre-petition claim filed and pending in the United States

    District Court for the Western District of Tennessee, Western Division in the case styled

    *Sarah Hohenberg, et al v. Shelby County, Tennessee*, Civil Case No. 2:20-cv-02432-BCL-cgc.

1

4.   Your Trustee executed a Notice of Voluntary Resignation on September 10, 2021, resigning

from her position as a panel trustee in Region 9, Western District of Tennessee.

Respectfully submitted,

/s/ Bettye S. Bedwell
BETTYE S. BEDWELL (015354)
Chapter 7 Trustee
P. O. Box 11133
Memphis, TN 38111
(901) 577-0009

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following parties by electronic noticing through the CM/ECF system, or by placing a copy of same in the U. S. Mail, postage prepaid on this 22nd day of April, 2026:

Debtor
Debtor's Attorney
U. S. Trustee
Court's Mailing Matrix

/s/ Bettye S. Bedwell

2