**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:  **SARAH HOHENBERG,**                              **Case No. 18-26429-JDL**
      **Debtor(s).**                                            **Chapter 7**

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

Due to the fact that the Interim Trustee in the above-referenced case has filed a rejection of appointment, the United States Trustee hereby gives notice, pursuant to 11 U.S.C. § 703 that BRIAN M GLASS is appointed successor Trustee in the above referenced matter. Pursuant to F.R.B.P. 2003, the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice.   The Trustee's required bond is included under the approved existing general blanket bond.   The United States Trustee shall be notified immediately in the event liquid assets exceed $250,000.

DATE:   <u>April 22, 2026</u>

<u>Paul A. Randolph</u>
Acting United States Trustee Region 8
200 Jefferson Ave., Suite 400
Memphis, Tennessee 38103
901/544-3251