**Dated: August 10, 2026**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In re:  **SARAH HOHENBERG,** | **Case No. 18-26429-JDL** |
| **Debtor(s).** | **Chapter 7** |

**ORDER AUTHORIZING SUBSTITUTION OF S. JONATHAN GARRETT**

It appears to the Court that the Debtor(s) counsel of record in this case Ted I. Jones ("Mr. Jones") passed away on July 29, 2026; that notice of and an opportunity to consider the relief granted herein should be provided to the Debtor(s) in this case; and that a Debtor has the right to select the attorney of his or her own choosing, or alternatively, proceed pro se;

It further appears to the Court that S. Jonathan Garrett ("Mr. Garrett") has agreed to assist the Court in this matter; that Mr. Garrett has agreed, for a period of 28 days, to substitute for Mr. Jones as the attorney for the Debtor(s) in this case; that Mr. Garrett has further agreed to substitute permanently for Mr. Jones if that is the desire of the Debtor(s) in this case; that Mr. Garrett agrees to be substituted on the same terms that Mr. Jones originally negotiated with the

Debtor(s), including that Mr. Garrett would not impose any additional attorney's fee beyond what was agreed to between Mr. Jones and the Debtor(s) in this case; and that accordingly, the Court makes the rulings set forth below.

Accordingly, it is ORDERED

1.      The Debtor(s) are free to select any licensed attorney to substitute for Mr. Jones; or to proceed in this case pro se (that is, without an attorney)

2.      Consistent with Tennessee Supreme Court Rule 9, Section 29, the Court appoints Mr. Garrett to represent the Debtor(s) in this case for 28 days from the date of the entry of this Order with respect to any urgent matter that arises in this case during that 28-day period.  Such will afford protection to the Debtor(s), will afford the Debtor(s) time to decide if the Debtor(s) will affirmatively retain Mr. Garrett (or some other attorney) to substitute permanently for Mr. Jones, and will authorize Mr. Garrett to review client files and communicate with the Debtor(s) for any purpose that Mr. Garrett deems necessary.

3.      If the Debtor(s) wish for Mr. Garrett to be substituted permanently for Mr. Jones, he or she should communicate such to Mr. Garrett as soon as possible.  Signing the Substitution of Attorney Form attached to this Order and delivering such to Mr. Garrett within 28 days will allow for Mr. Garrett's permanent substitution.  If it is not communicated to Mr. Garrett by the Debtor(s) that Mr. Garrett is to be permanently substituted for Mr. Jones, Mr. Garrett shall be deemed wholly relieved of any further duty to represent the Debtor(s) after 28 days from the date of the entry of this Order.

4.      If Mr. Garrett is retained by the Debtor(s) in this case to substitute permanently for Mr. Jones, Mr. Garrett shall file with this Court within 14 days of such retention a Notice of Appearance specifically indicating Mr. Garrett has been affirmatively retained by the Debtor(s).

5. Mr. Garrett shall not charge the Debtor(s) any fee beyond the fee initially charged by Mr. Jones.

6. If the Court is not notified by some attorney that such attorney has been retained to be substituted for Mr. Jones, the Court will consider that the Debtor(s) will proceed in this case pro se.

7. The Debtor(s) herein, any creditor, or interested party may file, within 14 days from entry of this Order, a written objection to the relief granted herein. If a written objection is timely filed, the Court will schedule a hearing on such objection.

**APPROVED FOR ENTRY:**

/s/ Carrie Ann Rohrscheib, Trial Attorney (#014881)
United States Department of Justice
Office of United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3303
Carrie.A.Rohrscheib@usdoj.gov

/s/ S. Jonathan Garrett
S. Jonathan Garrett
2670 Union Avenue Extended
Ste. 1220
Memphis, TN 38112-3949
(901) 323-3200
bk@garrettbankruptcylaw.com

**Persons to be served with final Order**:
All persons listed on matrix.

## SUBSTITUTION OF ATTORNEY FORM

Your attorney in this bankruptcy case, Ted I. Jones, passed away on July 29, 2026.  Every bankruptcy debtor has the right to select the attorney of his or her own choosing, or to proceed in the bankruptcy case without an attorney (that is, pro se).

S. Jonathan Garrett has been appointed by the Bankruptcy Court to substitute for a period of 28 days in place of Mr. Jones.  Mr. Garrett has also agreed to be substituted permanently for Mr. Jones, on the same terms (including no additional fees beyond what was negotiated with Mr. Jones) if that wish is affirmatively communicated to Mr. Garrett.

If you DO NOT WISH to retain Mr. Garrett to substitute permanently for Mr. Jones, it is not necessary for you to take action.

**If you DO WISH to retain Mr. Garrett to substitute permanently for Mr. Jones, you MUST communicate that to Mr. Garrett as soon as possible.** You may sign this form below, so indicating; and deliver this signed form to Mr. Garrett:

By email: [bk@garrettbankruptcylaw.com](mailto:bk@garrettbankruptcylaw.com)

By mail or personal delivery to Ms. Garrett's office at:
S. Jonathan Garrett
2670 Union Avenue Extended, Ste. 1220
Memphis, TN 38112-3949
(901) 323-3200

_____ *By marking an X in this blank, and by signing this document, I am stating that I wish for S. Jonathan Garrett to be substituted permanently for Ted I. Jones as my bankruptcy attorney in this case. I understand that I need to deliver this signed form to Mr. Garrett for it to be effective.*

*Print Name of Debtor:*_____

*Signature of Debtor:*_____

*(If there is a co-debtor)*     *Print Name of Co-Debtor:*_____

*Signature of Co-Debtor:*_____